IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK MAURICE ROBINSON,          )<br>       Petitioner,            )<br>                              )<br>          v.                  )<br>                              )<br>SUPERINTENDENT HARRY WILSON, )<br>et al.,               )<br>       Respondents.          ) | Civil Action No. 06-1507 |

O R D E R

AND NOW, this 8th day of Dec 2006, after a petition for a writ of habeas corpus was filed by the petitioner, Mark Maurice Robinson, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the petitioner was granted thirteen days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the petitioner, and after independent review of the petition and the record, and upon consideration of the Report and Recommendation of the Magistrate Judge,

IT IS ORDERED that the petition of Mark Maurice Robinson for a writ of habeas corpus is transferred forthwith to the United States District Court for the Middle District of Pennsylvania.

_____
United States District Judge

cc: Mark Maurice Robinson
FJ-2574
SCI Fayette
Box 999
Cell # LD-1005
Labelle, PA 15450-0999

Honorable Robert C. Mitchell
United States Magistrate Judge